O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA SANDOVAL,** | ) NO. CV 13-0482-MAN |
| Plaintiff, | ) |
| | ) **AMENDED JUDGMENT** |
| v. | ) |
| **CAROLYN W. COLVIN,**[1] **Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

Pursuant to the Court's Memorandum Opinion and Order issued on September 30, 2014 (Docket Number 26), IT IS ADJUDGED that the decision of the Commissioner of Social Security is affirmed and the above-captioned matter is dismissed with prejudice. This Amended Judgment supersedes the Judgment issued on September 30, 2014 (Docket Number 27).

DATED: October 28, 2014

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration on February 14, 2013, and is substituted in place of former Commissioner Michael J. Astrue as the defendant in this action. (*See* Fed. R. Civ. P. 25(d).)